**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   IN RE:                              CASE NO. 5:12-cv-02640 EJD

11   CEDAR FUNDING INC.,                 (Appeal from In re Cedar Funding, Inc., Bankr.
                                         N.D. Cal. (San Jose) Case No. 08-52709 CN)
12              Debtor.
     _____/
13                                       **ORDER DIRECTING CLERK TO**
     PAUL J. FRANKLIN, et. al.,          **REASSIGN ACTION TO JUDGE**
14                                       **RONALD M. WHYTE**
                Appellant(s),
15        v.
16   RUSSELL K. BURBANK,
17
                Respodnent(s).
18   _____/

19         Having determined this action was incorrectly assigned under the terms of General Order 44,

20   the court orders the Clerk to reassign this action to Judge Ronald M. Whyte as matters arising from

21   the same underlying bankruptcy case are already pending before Judge Whyte.[1]

22   **IT IS SO ORDERED.**

23   Dated:  May 24, 2012

24                                       EDWARD J. DAVILA
                                         United States District Judge
25
26   _____

27         [1] Section (D)(9) of General Order 44 states: "Notwithstanding any other provision of the
     assignment plan, the clerk shall assign a bankruptcy matter to the same judge who was assigned any
28   previously filed bankruptcy matter arising from the same case in the United States Bankruptcy
     Court."

                                              1
     CASE NO. 5:12-cv-02640 EJD
     ORDER DIRECTING CLERK TO REASSIGN ACTION TO JUDGE RONALD M. WHYTE