UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL J. FRANKLIN, et al., | Case No. C-12-02640-RMW |
| Appellants, | |
| v. | **ORDER TO SHOW CAUSE** |
| RUSSELL K. BURBANK, | |
| Respondent. | |

On May 21, 2012, Appellants filed a notice of appeal from the bankruptcy court. Dkt. No. 1. The designated record on appeal was received by the district court on June 7, 2012. Dkt. No. 4. The scheduling order required appellants to serve and file a brief supporting the appeal within 28 days of the record being completed. Dkt. No. 2; B.L.R. 8010-1(a). Thus, appellants had until July 5, 2012, to file their opening brief. As of March 26, 2013, appellants still have not filed their brief. Therefore, appellants are ordered to show cause why their appeal should not be dismissed for failure to prosecute. Appellants have until April 25, 2013, to respond to this order otherwise their appeal will be dismissed.

Dated: March 26, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE
CASE NO. C-12-02646-RMW
SW

- 1 -