UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL J. FRANKLIN, et al., | Case No. C-12-02640-RMW |
| Appellants, | |
| v. | **ORDER STAYING APPEAL** |
| RUSSELL K. BURBANK, | |
| Respondent. | |

On March 26, 2013, the court issued an order to show cause why the parties' appeals should not be dismissed for failure to prosecute. Dkt. No. 7. On March 27, 2013, the parties filed a joint statement with the court notifying it that they were in talks to settle the entire case, including the appeals at issue here and requested a stay. Dkt. No. 8. Therefore, the court stays the appeal and cross appeal until May 31, 2013. The parties are ordered to file a joint report advising the court on the status of the case, prospect of further settlement talks, and a recommendation of whether the stay should be vacated and a proposed briefing schedule by the earlier of two weeks of the termination of the judicial settlement conference or May 31, 2013.

Dated: April 4, 2013

RONALD M. WHYTE
United States District Judge

ORDER STAYING APPEAL
CASE NO. C-12-02646-RMW
SW

- 1 -