1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PAUL J. FRANKLIN, et al.,

           Appellants,

v.

RUSSELL K. BURBANK,

           Respondent.

Case No. C-12-02640-RMW

**ORDER**

[re Dkt. No. 10]

On April 18, 2013, the parties filed a joint statement notifying the court that the parties have reached a global settlement, which was read into the record on April 10, 2013.  Dkt. No. 10.  The parties request additional time to complete conditions precedent to the settlement and for the bankruptcy judge to enter an order approving the settlement.  Therefore, the court vacates all deadlines.  The parties are ordered to file a joint report advising the Court of the status and suggesting a schedule for any further proceedings that may be required on the earlier of two weeks after entry of an order approving the settlement or July 31, 2013.

Dated: April 19, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER
CASE NO. C-12-02646-RMW
SW

- 1 -