1  JEFFER MANGELS BUTLER & MITCHELL LLP
   BENNETT G. YOUNG (Bar No. 106504), byoung@jmbm.com
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3813
3  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584

Attorneys for Appellee and Cross-Appellant RUSSELL K. BURBANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: | CASE NO.   5:12-cv-02640 RMW |
|---|---|
| CEDAR FUNDING INC., | (Appeal from In re Cedar Funding, Inc., Bankr. N.D. Cal (San Jose) Case No. 08-52709 CN) |
| Debtor. | |
| PAUL J. FRANKLIN, et al., | **STIPULATION' ( 'QTFGT TO DISMISS APPEAL** |
| Appellant(s), | |
| v. | |
| RUSSELL K. BURBANK, | |
| Respondent(s). | |

Appellants and Cross-Appellees Paul J. Franklin, III; Albert L. Huff; Gail T. Huff; Roger Pallastrine; Michelle Pallastrine; Linda M. Parise and Alene A. Perry and Appellee and Cross-Appellant Russell K. Burbank hereby stipulate to dismiss the appeal and cross appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), with each side to bear its own costs.

1  DATED: October 22, 2013                    JEFFER MANGELS BUTLER & MITCHELL LLP
2                                              BENNETT G. YOUNG
3
4                                              By: */s/ Bennett G. Young*
                                                    BENNETT G. YOUNG
5                                              Attorneys for Appellee and Cross-Appellant RUSSELL
                                               K. BURBANK
6
7  DATED: October 22, 2013                    LARRY J. LICHTENEGGER
                                               VINCENT C. CATANIA
8
9                                              By: */s/ Larry J. Lichtenegger*
                                                    LARRY J. LICHTENEGGER
10                                             Attorneys for Appellants PAUL J. FRANKLIN, III,
                                               ALBERT L. HUFF, GAIL T. HUFF, ROGER
11                                             PALLESTRINE, MICHELLE PALLESTRINE,
                                               LINDA M. PARISE, and ALENE M. PERRY
12
13
14         SO ORDERED:
15
16         *Ronald M. Whyte*                     Öæ^åKÍFÐJÐH
17         United States District Judge
18
19
20
21
22
23
24
25
26
27
28