JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504), byoung@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

Attorneys for Appellee and Cross-Appellant RUSSELL K. BURBANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.   5:12-cv-02640 RMW |
| CEDAR FUNDING INC., | (Appeal from In re Cedar Funding, Inc., Bankr. N.D. Cal (San Jose) Case No. 08-52709 CN) |
| Debtor. | |
| PAUL J. FRANKLIN, et al., | **STIPULATION ORDER TO DISMISS APPEAL** |
| Appellant(s), | |
| v. | |
| RUSSELL K. BURBANK, | |
| Respondent(s). | |

Appellants and Cross-Appellees Paul J. Franklin, III; Albert L. Huff; Gail T. Huff; Roger Pallastrine; Michelle Pallastrine; Linda M. Parise and Alene A. Perry and Appellee and Cross-Appellant Russell K. Burbank hereby stipulate to dismiss the appeal and cross appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), with each side to bear its own costs.

| | | |
|---|---|---|
| 1 | DATED: October 22, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP |
| 2 | | BENNETT G. YOUNG |

By: */s/ Bennett G. Young*
      BENNETT G. YOUNG
Attorneys for Appellee and Cross-Appellant RUSSELL K. BURBANK

DATED: October 22, 2013      LARRY J. LICHTENEGGER
      VINCENT C. CATANIA

By: */s/ Larry J. Lichtenegger*
      LARRY J. LICHTENEGGER
Attorneys for Appellants PAUL J. FRANKLIN, III, ALBERT L. HUFF, GAIL T. HUFF, ROGER PALLESTRINE, MICHELLE PALLESTRINE, LINDA M. PARISE, and ALENE M. PERRY

SO ORDERED:

*Ronald M. Whyte*
United States District Judge

2      STIPULATION TO DISMISS APPEAL